IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

**SEALED**

v.

INDICTMENT

BILLY RAY ROBERSON,
RONALD BERNARD WOODS
and
MICHAEL FREEMAN

3:10cr 57/MCR

THE GRAND JURY CHARGES:

COUNT ONE

That from on or about January 1, 2010, through the date of the return of this Indictment, in the Northern District of Florida and elsewhere, the defendants,

**BILLY RAY ROBERSON,
RONALD BERNARD WOODS
and
MICHAEL FREEMAN,**

did knowingly and willfully combine, conspire, confederate and agree together and with other persons to distribute and possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and that this offense involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(A)(ii).

Returned in open court pursuant to Rule 6(f)

5-18-2010
Date

[signature]

United States Magistrate Judge

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO

That on or about April 21, 2010, in the Northern District of Florida, the defendants,

**BILLY RAY ROBERSON,
RONALD BERNARD WOODS
and
MICHAEL FREEMAN,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), and that this offense involved 500 grams or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(B)(ii).

## CONTROLLED SUBSTANCE FORFEITURE

The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 21, United States Code, Section 853.

From their engagement in the violations alleged in Counts One and Two of this Indictment, punishable by imprisonment for more than one year, the defendants,

**BILLY RAY ROBERSON,
RONALD BERNARD WOODS
and
MICHAEL FREEMAN,**

shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853(a)(1) and (2), all of their interest in:

A. Property constituting or derived from any proceeds the defendants obtained directly or indirectly, as the result of such violations; and

B. Property used in any manner or part to commit or to facilitate the commission of such violations.

If any of the property subject to forfeiture as a result of any act or omission of the defendants:

A. cannot be located upon the exercise of due diligence;

B. has been transferred or sold to, or deposited with, a third person;

C. has been placed beyond the jurisdiction of this Court;

D. has been substantially diminished in value; or

E. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendants up to the value of the

3

above forfeitable property.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL:

████████████████
FOREPERSON

5/18/10
DATE

*Thomas F. Kirwin*
THOMAS F. KIRWIN
United States Attorney

*signature*
THOMAS P. SWAIM
Assistant United States Attorney

4